IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PHILIP SCOTT McCOY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BLAINE LILJENQUIST and )<br>PLANTATION RESORT PROPERTIES, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 4:09-cv-207-TLW-TER |

# **ORDER**

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Defendants' motion for summary judgment be granted as to Plaintiff's ADA claim, that the court decline to exercise jurisdiction over Plaintiff's state law claims, and that the case be dismissed in its entirety. (Doc. # 46). Objections were due by July 9, 2010. No objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 46). Therefore, Defendants' motion for summary judgment is **GRANTED**, (Doc. # 35), and this case is **DISMISSED**.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

July 22, 2010
Florence, South Carolina